IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARIUS EMORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-028 |
| | ) | |
| KAREN THOMAS, Unit Manager, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 12). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's official capacity claims for money damages against Defendant Thomas. The case shall proceed against Defendant Thomas as described in the Magistrate Judge's May 13, 2022 Order. (See doc. no. 10.)

SO ORDERED this 13th day of June, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE