IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DARIUS EMORY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CV 322-028 |
| | ) |
| KAREN THOMAS, Unit Manager, | ) |
| | ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 26), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 2nd day of May, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE