# United States District Court
## Southern District of Georgia

DARIUS EMORY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV322-28

KAREN THOMAS,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant with the Order entered on May 2, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Defendant's Motion to for Summary Judgment is granted and this civil action stands closed.



May 3, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk